THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(D)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Toya Steward, Appellant.
 
 
 

Appeal From Dorchester County
 J. Michael Baxley, Circuit Court Judge

Unpublished Opinion No. 2005-UP-452
Submitted July 1, 2005  Filed July 18, 2005

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Dudek, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Toya Steward appeals her guilty plea to financial transaction card forgery and financial identity fraud.  Steward argues the trial judge erred in accepting her plea because the court failed to comply with the mandates set forth in Boykin v. Alabama, 395 U.S. 238 (1969).  After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Stewards appeal and grant counsels motion to be relieved.[1]
 APPEAL DISMISSED.
HEARN, C.J. and BEATTY and SHORT, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.